IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.: 3:20-cr-00690-JMC-1 |
| vs. : | |
| : | |
| ELIZABETH GRACE WHITESIDES : | |

### ORDER TERMINATING DEFENDANT'S PARTICIPATION IN THE BRIDGE PROGRAM

On April 7, 2021, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendant has successfully completed all phases of the program and graduated on June 15, 2022. The BRIDGE Program Team, including the undersigned United States District Judge, has determined that defendant's participation in the BRIDGE Program should be ended.

IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendant's participation in the Program is hereby ended.

s/Mary Geiger Lewis
HONORABLE MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

June 15, 2022
Columbia, South Carolina